UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LONNIE DIGGS,

                Plaintiff,

against

CITY OF NEW YORK, et al.,

                Defendant.

CIVIL ACTION NO.: 17 Civ. 1127 (VEC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

District Judge Valerie E. Caproni ordered the parties to submit a joint letter regarding the status of the case, including specific information, by Friday, December 14, 2019. (ECF No. 58-1 at ¶ 10). The parties failed to do so. The parties are **ORDERED** to file the joint letter by **Wednesday, December 18, 2019** including an explanation for their failure to comply with the Court's Order.

The Clerk of Court is respectfully directed to mail this order to the address below.

Dated: New York, New York
December 16, 2019

SO ORDERED

*Sarah Cave*
SARAH L. CAVE
United States Magistrate Judge

Mail to: Lonnie Diggs
18A-26-290
Franklin Correctional Facility
NYSID: 05303918Y
60 Bare Hill Road
P.O. Box 10
Malone, NY 12953