```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

| LONNIE DIGGS, | |
|---|---|
| Plaintiff, | |
| against | CIVIL ACTION NO.: 17 Civ. 1127 (VEC) (SLC) |
| CITY OF NEW YORK, et al., | **ORDER** |
| Defendant. | |

**SARAH L. CAVE,** United States Magistrate Judge:

The Court conducted a telephone conference today, December 20, 2019. Defendants' counsel is directed to

1. resend copies of Plaintiff Lonnie Diggs' medical records to Mr. Diggs;

2. submit a proposed order, via email or ECF, directing access for Mr. Diggs to a telephone on January 2, 2020 and January 3, 2020, for telephonic meet-and-confers regarding the contents of Mr. Diggs' medical records; and

3. file a status letter by **Friday, January 10, 2020**, stating a new jointly proposed date for the close of expert discovery.

The Court anticipates scheduling a settlement conference for a date after the close of expert discovery. On June 4, 2019, the Honorable Henry B. Pitman appointed pro bono counsel to represent Mr. Diggs in this action. (ECF No. 50). The Pro Se Office is respectfully requested to seek pro bono counsel to represent Mr. Diggs in this action for the limited purpose of advising him during the anticipated settlement conference.

The Clerk of Court is respectfully directed to mail this order to Mr. Diggs at the address below.

Dated: New York, New York
December 20, 2019

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**

Mail to: Lonnie Diggs
18A-26-290
Franklin Correctional Facility
NYSID: 05303918Y
60 Bare Hill Road
P.O. Box 10
Malone, NY 12953