UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

LONNIE DIGGS,

                              Plaintiff,

           -against-

CITY OF NEW YORK, *et al.*,

                             Defendants.

---------------------------------------------------------------------- x

**ORDER**

17-cv-1127 (VEC)(SLC)

**Honorable Sarah L. Cave**
**United States District Judge:**

       Upon the application of both parties for the Court's assistance in scheduling telephonic conferences with Plaintiff Lonnie Diggs, an inmate, and the Court having granted that request:

       **IT IS HEREBY ORDERED** that the Superintendent or other official in charge of the Franklin Correctional Facility, located in Malone, New York, wherein resides inmate Lonnie Diggs, 18A-26-290, NYSID # 05303918Y, facilitate Plaintiff's timely attendance by telephone with conference calls with counsel for the Defendants on and at the following dates and times:

- ■ January 1, 2020 from 1:30 p.m. until 2:30 p.m.

- ■ January 2, 2020 from 1:30 p.m. until 2:30 p.m.

       **IT IS FURTHER ORDERED** that the Superintendent or other official in charge of the Franklin Correctional Facility, will provide to Defendants' counsel, no later than December 31, 2019, a telephone number at which Plaintiff can be reached at the above stated dates and times.

**Dated:** **December 30, 2019**
          **New York, New York**

                                  **SO ORDERED**

                               *Sarah Cave*

                            **HONORABLE SARAH L. CAVE**
                            **UNITED STATES MAGISTRATE JUDGE**