UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

LONNIE DIGGS,

                          Plaintiff,

      -against-                              **ORDER**

CITY OF NEW YORK, *et al.*,              17-cv-1127 (VEC)(SLC)

                              Defendants.
------------------------------------------------------------------------ x

**Honorable Sarah L. Cave**
**United States District Judge:**

Upon the application of both parties for the Court's assistance in scheduling telephonic conferences with Plaintiff Lonnie Diggs, an inmate, and the Court having previously granted that request:

**IT IS HEREBY ORDERED** that the Superintendent or other official in charge of the Franklin Correctional Facility, located in Malone, New York, wherein resides inmate Lonnie Diggs, 18A-26-290, NYSID # 05303918Y, facilitate Plaintiff's timely attendance by telephone with conference calls with counsel for the Defendants on and at the following dates and times:

- January 22, 2020 from 1:30 p.m. until 2:30 p.m.
- January 23, 2020 from 1:30 p.m. until 2:30 p.m.

**IT IS FURTHER ORDERED** that the Superintendent or other official in charge of the Franklin Correctional Facility, will provide to Defendants' counsel, no later than January 21, 2020, a telephone number at which Plaintiff can be reached at the above stated dates and times.

**Dated: January 13, 2020**
      **New York, New York**           **SO ORDERED**

                                                */s/ Sarah L. Cave*
                                                _____
                                                **HONORABLE SARAH L. CAVE**
                                                **UNITED STATES MAGISTRATE JUDGE**